■ In the Matter of the Estate of MARK ROTHKO, Deceased. BERNARD J. REIS et al., Appellants; KATE ROTHKO et al., Respondents.— Order, Surrogate's Court, New York County, entered on September 27, 1972, granting preliminary injunction as to further implementation of contract with Marlborough respondents, and providing procedures for authorized sales, and for a $20,000 undertaking, unanimously modified, on the law and in the exercise of discretion, to extent of increasing bond to the sum of $50,000 as in accordance with terms of interim order, and otherwise affirmed, without costs and without disbursements. In view of the duality of positions of two of the executors, we

deem it not improper to leave the temporary injunction undisturbed. An early trial, however, is clearly indicated. Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Murphy, JJ. [71 Misc 2d 320.]